**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6508

CLINTON GREEN,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (CA-03-269-1)

Submitted: June 24, 2004          Decided: July 1, 2004

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clinton Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clinton Green appeals the district court's order denying relief on his motion filed pursuant to the All Writs Act, 28 U.S.C. § 1651 (2000). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Green v. United States, No. CA-03-269-1 (N.D.W. Va. Jan. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED